

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GROVER SELLERS
ATTORNEY GENERAL

Honorable Homer Garrison, Jr., Director
Department of Public Safety
Camp Mabry
Austin, Texas

Dear Sir:                    Opinion No. O-6988

Re: Would an employee of an
incorporated city, town,
or village, or county of
this State be required to
secure a commercial oper-
ator's license in order
to drive an official
commercial motor vehicle
in such service?

        Your request for our opinion on the above question
reads as follows:

        "Paragraph 4, Section 3 of Article 6687b,
expressedly exempts an employee of an incor-
porated city, town, or village, or any county
of this State from securing a chauffeur's
license to operate an official motor vehicle
in such capacity, provided he holds a valid
operator's license.

        "However, no mention is made of exempting
such person from securing a commercial operator's
license.

        "We would appreciate very much receiving an
opinion from your department as to whether or not
an employee of an incorporated city, town, or
village, or County of this State, would be re-
quired to secure a commercial operator's license
in order to drive an official commercial motor
vehicle in such service."

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

Hon. Homer Garrison, Jr., page 2

Article 6687b, Vernon's Annotated Civil Statutes, provides in part as follows:

"Section 1. Definition of words and phrases.
"The following words and phrases when used in this Act shall, for the purpose of this Act, have the meanings respectively ascribed to them in this title.

"* * *

"(1) 'Driver.' Every person who drives or is in actual physical control of a vehicle.

"(m) 'Operator.' Every person, other than a chauffeur or commercial operator, who is in actual physical control of a motor vehicle upon a highway.

"(n) 'Commercial Operator.' Every person who is the driver of a motor vehicle designed or used for the transportation of property, including all vehicles used for delivery purposes, while said vehicle is being used for commercial or delivery purposes.

"(o) 'Chauffeur.' Every person who is the driver for wages, compensation, or hire, or for fare, of a motor vehicle transporting passengers.

"* * *

"(q) 'Highway.' The entire width between property lines of any road, street, way, thoroughfare, or bridge in this State not privately owned or controlled, when any part thereof is open to the public for vehicular traffic and over which the State has legislative jurisdiction under its police power.

"Sec. 2. Drivers must have license.
"(a) No person, except those hereinafter expressly exempted, shall drive any motor vehicle upon a highway in this State unless such person has a valid license as an operator, a commercial operator, or a chauffeur under the provisions of this Act.

Honorable Homer Garrison, Jr., page 3

"(b) Any person holding a valid chauffeur's or commercial operator's license hereunder need not procure an operator's license.

"* * *

"Sec. 3. What persons are exempt from license.
"The following persons are exempt from license hereunder:

"* * *

"* * *provided, however, it shall not be necessary for an employee of any incorporated city, town, or village of this State, or county of this State, when holding an operator's permit, to obtain a chauffeur's license in order to operate an official motor vehicle in the service of such incorporated city, town, village, or county;"

It is our opinion that the above quoted provisions of said statute require an employee of an incorporated city, town, village, or county of this State to secure a commercial operator's license in order to drive an official commercial motor vehicle in such service.

Your attention is directed to Subdivision 6 of Section 3 of said statute, however, as to certain persons who are exempt from all requirements relative to securing a driver's license, said Subdivision 6 reading as follows:

"Any person in the Armed Forces of the United States who is on leave or furlough or who may be temporarily absent from his or her post of duty, or who has been honorably discharged from the Armed Forces of the United States of America for not more than six (6) months; provided, however, that this exemption shall extend only until the cessation of hostilities in the present war and for one year thereafter."

Honorable Homer Garrison, Jr., page 4


We trust that the above satisfactorily answers your inquiry.

Yours very truly,

ATTORNEY GENERAL OF TEXAS

By Jas. W. Bassett
Jas. W. Bassett
Assistant

JWB:LJ

APP───
OF───
COMMIT───
BY───
CHAIRM